# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Ernest Bernaard Moore ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15cv910 |
| ) | |
| ) | |
| Kenneth Michael Robinson ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 7/31/2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant Kenneth Michael Robinson and against the plaintiff Ernest Bernard Moore.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
       Kathy Lau
       Deputy Clerk

Dated: 8/3/15
Alexandria, Virginia